Isaac Myers III, Esq.
333 Hudson Street, Suite 303
New York, NY 10013
Ph: 212-804-8655
Imyers@IsaacMyersIII.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In Re:

       Paul Kenny & Marybeth Kenny

                      Debtors

SSN: xxx-xx-2306  SSN: xxx-xx-5793

-----------------------------------------------------------------------X

Chapter 13

Case No.: 20-35460

Affirmation of Service

       Isaac Myers III, an attorney admitted to practice before the Courts of the State of New York and the Southern District of New York, affirms the following, under penalty of perjury:

1. I am the attorney for this Chapter 13 Debtor and Joint-debtor.

2. On the 19th day of May, 2020, I served exact copies of the annexed First Amended Chapter 13 plan, on the persons and entities on the below service list. They were mailed first-class, post paid and properly addressed and mailed from a United States Post Office.

       State of New York
       County of New York
Dated: May 19th, 2020

                      /s/ Isaac Myers III_____
                      Isaac Myers III, Esq.
                      333 Hudson Street, Suite 303
                      New York, NY 10013
                      Ph: 212-804-8655

                   _____

United States Trustee
Office of the United States Trustee
11A Clinton Avenue, Room 620
Albany, New York 12207

Michelle C. Marans
Frenkel Lambert Weiss Weisman Gordon, LLP
Attorneys for Wells Fargo Bank, N.A.
20 Lawrence Bell Drive, Suite 200
Williamsville, NY 14221


Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603-1931